UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ALEX GONZALES, SR.,** § <br> **ELIZABETH HERRERA,** § <br> *Plaintiffs* § <br> § <br> **v.** § <br> § <br> **CITY OF AUSTIN,** § <br> *Defendant* § | No.  1:22-CV-00655-RP |

### ORDER

Per their Joint Advisory, the parties ask the Court to order them to file an additional joint advisory on or before July 5, 2024, in which the parties will explain their progress towards scheduling depositions and possibly adjusting other deadlines in the scheduling order. Dkt. 165.

Having concluded such an advisory would be helpful in moving the case forward, the Court **ORDERS** the parties to file a joint advisory on or before July 5, 2024, addressing the matters proposed in their previously filed advisory.

SIGNED July 1, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1