IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JUL 03 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| ALEX GONZALES, SR., individually and as "Next Friend" to minor child Z.A.G. and ELIZABETH HERRERA, aka ELIZABETH GONZALES, individually and as "Next Friend" to minor child Z.A.G., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF AUSTIN, <br><br> Defendants. | 1:22-CV-655-RP |
| JESSICA ARELLANO, individually, and as next friend of Z.A., a minor child, wrongful death beneficiary and heir to the Estate of Alex Gonzales, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF AUSTIN, GABRIEL GUTIERREZ, and LUIS SERRATO, <br><br> Defendants. | 1:23-CV-8-RP |
| ALEX GONZALES, SR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LUIS SERRATO and GABRIEL GUTIERREZ, <br><br> Defendants. | 1:23-CV-9-RP |

1

# VERDICT FORM

## FIRST CLAIM: EXCESSIVE FORCE

**Question No. 1(a):**

Did Plaintiffs Alex Gonzales, Sr. and Elizabeth Herrera Gonzales prove by a preponderance of the evidence that Defendant Gabriel Gutierrez violated Alex Gonzales, Jr.'s Fourth Amendment right to be free from excessive force when he shot Alex Gonzales, Jr. on January 5, 2021?

Yes _____   No ✓

**If your answer to 1(a) is "No," skip Question 1(b) below and proceed to Question 2 on page 3.**

**If your answer to 1(a) is "Yes," please answer Question 1(b) below.**

**Question No. 1(b):**

Did Plaintiffs prove by a preponderance of the evidence that no reasonable officer could have believed that the force used by Defendant Gabriel Gutierrez was lawful, in light of clearly established law and the information Gabriel Gutierrez possessed at the time?

Yes _____   No _____

**When you have answered Question 1(b), please proceed to Question 2 on the next page.**

## SECOND CLAIM: FALSE ARREST

**Question No. 2(a):**

Did Plaintiffs Alex Gonzales, Sr. and Elizabeth Herrera Gonzales prove by a preponderance of the evidence that Defendant Gabriel Gutierrez violated Alex Gonzales, Jr.'s Fourth Amendment right to be free from false arrest by making false or misleading statements to other law enforcement officers, which caused Officer Serrato to use lethal force against Alex?

Yes _____   No __✓__

**If your answer to 2(a) is "No," skip Question 2(b) and proceed to Question 3 on page 4.**

**If your answer to 2(a) is "Yes," please answer Question 2(b) below.**

**Question No. 2(b):**

Did Plaintiffs prove by a preponderance of the evidence that no reasonable officer could have believed that Defendant Gabriel Gutierrez' provision of false or misleading statements to other law enforcement officers was lawful, in light of clearly established law and the information Gabriel Gutierrez possessed at the time?

Yes _____   No _____

**When you have answered Question 2(b), please proceed to Question 3 on the next page.**

3

## DAMAGES

**Answer the following questions only if you answered "Yes" to either Questions 1(b) or 2(b).**

**Otherwise, do not answer the following questions.**

**Please answer each subpart below by filling in each blank with a number that represents the amount of damages you award for each category of damages that you find were proximately caused by the constitutional violation you found in response to either or both of Questions 1 and 2. Each answer should be a whole number that represents U.S. dollars. When asked for a "Total," sum up the previous blanks as indicated to arrive at a total.**

**Question No. 3(a):**

What amount of compensatory damages, if any, do you award to **Plaintiff Alex Gonzales, Sr.** for the personal injuries of his son, Alex Gonzales, Jr., for each of the following categories of damages:

| | |
|---|---|
| Past and future and loss of employment: | $_____ |
| Pecuniary losses: | $_____ |
| Loss of companionship and society: | $_____ |
| Mental anguish: | $_____ |
| TOTAL | $_____ |

(add each of the numbers above and provide the sum total of wrongful death damages awarded to **Plaintiff Alex Gonzales, Sr.**)

**Question No. 3(b):**

What amount of compensatory damages do you award to **Plaintiff Elizabeth Herrera Gonzales** for the personal injuries of her son, Alex Gonzales, Jr., for each of the following categories of damages:

| | |
|---|---|
| Past and future and loss of employment: | $_____ |
| Pecuniary losses: | $_____ |
| Loss of companionship and society: | $_____ |
| Mental anguish: | $_____ |
| TOTAL | $_____ |

(add each of the numbers above and provide the sum total of wrongful death damages awarded to **Plaintiff Elizabeth Herrera Gonzales**)

4

**Question No. 3(c):**

What amount of compensatory damages do you award to the **Estate of Alex Gonzales, Jr.** for Alex Gonzales's personal injuries and any physical pain and mental anguish that Alex experienced:

| | |
|---|---|
| Past and future loss of employment: | $_____ |
| Physical pain and mental anguish: | $_____ |
| TOTAL | $_____ |

(add each of the numbers above and provide the sum total of damages awarded to the **Estate of Alex Gonzales, Jr.**)

**Question No. 4:**

What amount of punitive damages, if any, do you award to each Plaintiff against Defendant Gabriel Gutierrez for the conduct found by you in answer to Question Nos. 1 or 2?

| | |
|---|---|
| Plaintiff Alex Gonzales, Sr.: | $_____ |
| Plaintiff Elizabeth Herrera Gonzales: | $_____ |
| Estate of Alex Gonzales, Jr.: | $_____ |

SIGNED this 3rd day of July, 2025.

**ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002**

PRESIDING JUROR

5