IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEX GONZALES, SR. and ELIZABETH HERRERA, <br>     Plaintiffs, <br><br> v. <br><br> CITY OF AUSTIN, <br><br>     Defendants. | § § § § § § § § § § | 1:22-CV-655-RP |

_____

| | | |
|---|---|---|
| JESSICA ARELLANO, individually and as next friend of Z.A., a minor child, and wrongful death beneficiary of Alex Gonzales, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF AUSTIN, GABRIEL GUTIERREZ, and LUIS SERRATO <br><br> Defendants. | § § § § § § § § § § § § § § | 1:23-CV-8-RP |

_____

| | | |
|---|---|---|
| ALEX GONZALES, SR., individually as a wrongful death beneficiary of Alex Gonzales, Jr., and as the Representative of the Estate of Alex Gonzales, Jr., Deceased, and ELIZABETH HERRERA, aka ELIZABETH GONZALES, individually and as a wrongful death beneficiary of Alex Gonzales, Jr. <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF AUSTIN, GABRIEL GUTIERREZ, and LUIS SERRATO <br> Defendants. | § § § § § § § § § § § § § § § § § | 1:23-CV-9-RP |

### GABRIEL GUTIERREZ' MOTION TO ENTER JUDGMENT
### FED.R.CIV.P. 54

TO THE UNITED STATES DISTRICT JUDGE:

Gabriel Gutierrez, Defendant, moves the Court for an order entering a final judgment and in support would show:

1. On July 3, 2025, a duly empaneled jury returned a verdict with answers to written questions.

2. After a jury verdict, a party may request that a judgment be set out in a separate document as required by Fed.R.Civ.P. 58(a). Subject to Fed.R.Civ.P. 54(b), the court must promptly approve a form of a judgment, which the clerk must promptly enter. Fed.R.Civ.P. 58(b)(2).

3. Therefore, Defendant requests the Court enter a judgment in the form attached as "Exhibit A."

**Certificate of Conference**

Defendant has conferred with opposing counsel who opposes the form of the judgment. Counsel for the City of Austin agrees with the proposed judgment.

WHEREFORE, premises considered, Defendant prays the Court enter a judgment as requested above.

Respectfully submitted,

LAW OFFICES OF ALBERT LÓPEZ

2222 Estate Gate Dr.
San Antonio, Texas 78260
Telephone: (210) 404-1983
Fax: (210) 404-1990

By: /s/Albert López
ALBERT LÓPEZ
State Bar No. 12562350
alopezoffice@gmail.com
ATTORNEY FOR DEFENDANT
GABRIEL GUTIERREZ

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/AlbertLópez
Albert López